### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| JERSSON LEONARDO GOYENECHE CORDOBA, | ) ) ) ) | 3:26-CV-295 |
| Petitioner, | ) ) ) |  |
| v. | ) ) |  |
| LEONARD ODDO; *et al.*, | ) ) ) |  |
| Respondents. | ) ) |  |

### ORDER

Before the Court is Mr. Cordoba's Motion to Enforce Habeas Corpus Order (ECF 8). The Court has taken the motion under consideration, but cannot make a finding as to the fairness of Mr. Cordoba's bond hearing without first reviewing the transcript of that proceeding.

Accordingly, **IT IS ORDERED** that Mr. Cordoba shall file the official transcript of his bond hearing, which was held on April 1, 2026, by no later than **May 21, 2026.** It is the Court's understanding that copies of hearing transcripts can be obtained by submitting a Request for Record of Proceedings (ROP) to the immigration court in which the hearing was held. More detailed directions as to making an ROP request can be found online at https://www.justice.gov/eoir/ROPrequest.

If Mr. Cordoba is absolutely unable to obtain a copy of the transcript, he shall provide notice of such to the Court by **May 21, 2026**, including details of his efforts to make the necessary ROP request.

DATED this 30th day of April, 2026.

BY THE COURT:

/s/ J. Nicholas Ranjan
United States District Judge

cc:
Jersson Leonardo Goyeneche Cordoba
246096830
Moshannon Valley Processing Center
555 Geo Drive
Philipsburg, PA 16866