# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| JERSSON LEONARDO GOYENECHE CORDOBA, | ) ) ) ) | 3:26-CV-295 |
| Petitioner, | ) ) ) | |
| v. | ) ) | |
| LEONARD ODDO; *et al.*, | ) ) ) | |
| Respondents. | ) ) | |

## ORDER

The Court requires the official transcript from Mr. Cordoba's bond hearing before ruling on its fundamental fairness.  Mr. Cordoba has been unable to obtain a copy of the transcript, and the Court credits Mr. Cordoba's latest filing (ECF 10) that details his good faith effort in trying to obtain a copy.  The Court **ORDERS** Respondents to either confer with Mr. Cordoba to assist him in obtaining a copy of the transcript, or for Respondents to otherwise obtain and file a copy.  Respondents must file a status report by **June 5, 2026**, to show compliance with this Court's order.

DATED this 22nd day of May, 2026.

BY THE COURT:

/s/ J. Nicholas Ranjan
United States District Judge

cc:
Jersson Leonardo Goyeneche Cordoba
246096830
Moshannon Valley Processing Center
555 Geo Drive
Philipsburg, PA 16866