## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JERSSON LEONARDO
GOYENECHE CORDOBA,

      Petitioner,

  v.

LEONARD ODDO; *et al.*,

      Respondents.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

3:26-CV-295

### ORDER

The Court has reviewed the transcript of Petitioner's bond hearing submitted by Respondents (ECF 14-1), agrees with Respondents that it "contains several inaccuracies," and approves of the remedy they propose in their recent status report (ECF 14).

Accordingly, Respondents shall obtain an audio recording of Petitioner's bond hearing and have a more accurate transcript made. A subsequent status report attaching any corrected transcript shall be filed on or before **June 22, 2026**.

DATED this 8th day of June, 2026.

BY THE COURT:

/s/ J. Nicholas Ranjan
United States District Judge

cc:
Jersson Leonardo Goyeneche Cordoba
246096830
Moshannon Valley Processing Center
555 Geo Drive
Philipsburg, PA 16866